## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ACORN REAL PROPERTY ACQUISITION, INC., | ) ) | |
| Debtor | ) ) | Case No. 22-42718-jmm |
| ACORN REAL PROPERTY ACQUISITION, INC., | ) ) | Chapter 11 |
| Plaintiff | ) | **ANSWER** |
| vs | ) | |
| 2 BIG LEGACY LLC | ) | **OF DEFENDANTS** |
| CHRISTOPHER FLOURNOY | ) ) | |
| Defendants. | ) | |

## ANSWER

Defendants 2 Big Legacy LLC and Christopher Flournoy hereby answer plaintiff Acorn Real Property Acquisition, INC.'s Complaint as follows:

### THE PARTIES

1. Defendants admit the allegations contained in paragraphs 1 and 2 of the Complaint.

2. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraphs 3, 4, 5 and 6 of the Complaint.

3. Defendants deny the allegations contained in paragraphs 6 through 55 of the Complaint.

### AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

The complaint fails to state a claim upon which relief may be granted.

1

**SECOND DEFENSE**

The court lacks personal jurisdiction over defendants.

**THIRD DEFENSE**

The court lacks subject matter jurisdiction over defendants.

**FOURTH DEFENSE**

The complaint is barred by the applicable statute of limitations.

**FIFTH DEFENSE**

The complaint is barred by a prior arbitration and award.

**SIXTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of res judicata.

**SEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of collateral estoppel.

**EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**NINTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver and/or release.

**TENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by plaintiff's own culpable conduct.

**TWELVETH DEFENSE**

Plaintiff failed to mitigate its damages, if any.

**THIRTEENTH DEFENSE**

Plaintiff has sustained no damages.

## FOURTEENTH DEFENSE

If Plaintiff has sustained damages, those damages are incorrectly valued.

## FIFTEENTH DEFENSE

Defendants reserve the right to assert additional defenses and/or supplement and amend this answer upon the discovery of more definite facts.

**WHEREFORE**, by reason of the foregoing, defendants hereby respectfully request the following relief:

1. Dismissing the complaint with prejudice;

2. Costs of suit; and

3. Such other and further relief as the court deems just and proper.

Respectfully submitted,

2 Big Legacy, LLC

By: _____
Christopher Flournoy, Member

_____
Christopher Flournoy, Individually