# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF NEW YORK

IN RE:

ACORN REAL PROPERTY ACQUISITIONS, INC.

        PLAINTIFF,

-against-                                             ADVESARY

                                                          DOCKET NO.    221098

2 BIG LEGACY LLC,

CHRISTOPHER FLOURNOY

        DEFENDANT.

_____/

## EMERGENCY MOTION FOR CLARIFICATION

      **COMES NOW,** Your Defendant, respectfully moving this Honorable Court for an Order granting the herein requested relief of clarification "Whether this court's Order allowed the defendants/owners access to all 100 properties."

## I. INTRODUCTION

This Court, on February 22, 2023, ordered that Plaintiff and Defendant has 45 days to try to reach an agreement. Defendant agreed to refinance the properties ; as a result , defendant contacted plaintiff requesting access to properties. Upon arrival at approximately 1 pm Thursday March 9, 2023 defendants were denied access and the appraiser was told that he could only see the same 5 properties that the other investors get to see.

Your Honor we are not investors, in fact, we are the owners and are in the process of getting two different loans:

`One, for a single apartment complex and secondly for 100 individual condos.

Once again, the plaintiffs are impeding the defendants from paying off the loanby only allowing us to 5of 100 condos not only are they impeding us from paying off the loan, they are also eating up more of our 45 days until the next hearing.

**WHEREFORE,** your defendant humbly requests an order granting the herein requested relief of an order clarifying whether defendants are allowed to access ALL of the100 properties

.

Done this 9th day of March, 2023.

Respectfully Submitted,

_____s_____
   Management