**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

**ACORN REAL PROPERTY ACQUISITIONS, INC.**  Case no #22-42718

    **LEGACY LENDING**

                      **PLAINTIFF,**

-against-

                                                      **DOCKET NO.**      **211201044**

**2 BIG LEGACY LLC,**                                       **ADVESARY CASE NO. 22-1098**

**CHRISTOPHER FLOURNOY**

                      **DEFENDANTS**

_____/

**EMERGENCY MOTION TO FOR LEAVE TO PAY
ACORN REAL PROPERTY ACQUISITION INC, ITS OUTSTANDING
BALANCE OF 2.3 MILLION OWED AND RELEASE OF PROPERTY
FROM INSTANT BANKRUPTCY SO AS TO PERMIT NEW LENDER TO
PAY LEGACY LENDING ITS 12.9 MILLIO0N OWED**

**AND NOW COMES,** Your defendant res respectfully moving this honorable court for an order granting the above requested relief of leave to play acorn it's 2.3 million old and release the property from this instant bankruptcy so as to allow legacy lending to be paid it's balance old as both legacy Landing and acorn are both creditors in this case.

**Please take notice,** that alverez investment group was the original buyer of 3751 MLK or Martin Luther King Blvd. property and had a $6 million note with Edgar Nelson Inc.

Take further notice that Edgar Nelson was paid 3 million of the 6 million leaving a balance of 3 million.

Take further notice that Alverez investment group sold its interest to 2 big legacy. Take further notice that Edgar Nelson Inc. help the dead in the name of acorn and then transferred over in that damn acorn. Next sentence take further notice that, 2 big legacy had never met acorn. Next sentence take further notice that Edgar Nelson Inc. had a second mortgage and transferred it over in the name of Acorn. Sentence take further notice, that moving forward with Edgar Nelson dad was now called an acorn debt. Next sentence take further notice that the Edgar Nelson Inc./acorn dead resulted in a 3. Two million $ security note. Next sentence take further notice that Edgar Nelson Inc. requested to be added to the deed. Next sentence take further notice that to BIGG legacy requested it's Attorney at Edgar Nelson Inc. now acorn to the title. Next sentence take further notice that 2 big' attorney accidentally added a corn as 100% owner. Next sentence take further notice that a fun realization that 100% inches has been transferred into Nelson Inc./acorn sent a cease and desist letter Barring 2 BIGG legacy from entering the property. Next sentence take for the notice that after receiving a cease and desist

letter to BIGG legacy realized it had been had. Next sentence take further notice that Edgar Nelson Inc. now called acorn then filed bankruptcy that's creating the instant case. Next sentence take further notice that:

1. Edgar Nelson Inc. now called acorn was never an owner instead it was a lender and remains a lender and should never have been on the title.

2. Legacy lending is also a lender and should also not be on the title.

3. If the property sold for $30 million acorn with only receive would only receive $1.5 million that it is owed and if the property sold for 100 million acorn would still only get 1.5 million. Next sentence take further notice that if the property sold for 30 million legacy lending would only get 12 million and if it's sold for 100 million Legacy Landing would still only get 12 million that it is owed.

This makes both blending an acorn both lenders and not owners! Next sentence take further notice that to BIGG remains the only owner in this case.

Respectfully Submitted,

__/s/ Dexter Hull_____
Dexter Hull.

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

**ACORN REAL PROPERTY ACQUISITIONS, INC.**     Case no #22-42718

    **LEGACY LENDING**

                            **PLAINTIFF,**

-against-

                                            **DOCKET NO.**     211201044

**2 BIG LEGACY LLC,**                                **ADVESARY CASE NO. 22-1098**

**CHRISTOPHER FLOURNOY**

                        **DEFENDANTS**

    _____/

# EMERGENCY MOTION TO FOR LEAVE TO PAY ACORN REAL PROPERTY ACQUISITION INC, ITS OUTSTANDING BALANCE OF 2.3 MILLION OWED AND RELEASE OF PROPERTY FROM INSTANT BANKRUPTCY SO AS TO PERMIT NEW LENDER TO PAY LEGACY LENDING ITS 12.9 MILLIO0N OWED

**AND NOW COMES,** Your defendant res respectfully moving this honorable court for an order granting the above requested relief of leave to play acorn it's 2.3 million old and release the property from this instant bankruptcy so as to allow legacy lending to be paid it's balance old as both legacy Landing and acorn are both creditors in this case.

**Please take notice,** that alverez investment group was the original buyer of 3751 MLK or Martin Luther King Blvd. property and had a $6 million note with Edgar Nelson Inc.

Take further notice that Edgar Nelson was paid 3 million of the 6 million leaving a balance of 3 million.

Take further notice that Alverez investment group sold its interest to 2 big legacy. Take further notice that Edgar Nelson Inc. help the dead in the name of acorn and then transferred over in that damn acorn. Next sentence take further notice that, 2 big legacy had never met acorn. Next sentence take further notice that Edgar Nelson Inc. had a second mortgage and transferred it over in the name of Acorn. Sentence take further notice, that moving forward with Edgar Nelson dad was now called an acorn debt. Next sentence take further notice that the Edgar Nelson Inc./acorn dead resulted in a 3. Two million $ security note. Next sentence take further notice that Edgar Nelson Inc. requested to be added to the deed. Next sentence take further notice that to BIGG legacy requested it's Attorney at Edgar Nelson Inc. now acorn to the title. Next sentence take further notice that 2 big' attorney accidentally added a corn as 100% owner. Next sentence take further notice that a fun realization that 100% inches has been transferred into Nelson Inc./acorn sent a cease and desist letter Barring 2 BIGG legacy from entering the property. Next sentence take for the notice that after receiving a cease and desist

letter to BIGG legacy realized it had been had. Next sentence take further notice that Edgar Nelson Inc. now called acorn then filed bankruptcy that's creating the instant case. Next sentence take further notice that:

1. Edgar Nelson Inc. now called acorn was never an owner instead it was a lender and remains a lender and should never have been on the title.

2. Legacy lending is also a lender and should also not be on the title.

3. If the property sold for $30 million acorn with only receive would only receive $1.5 million that it is owed and if the property sold for 100 million acorn would still only get 1.5 million. Next sentence take further notice that if the property sold for 30 million legacy lending would only get 12 million and if it's sold for 100 million Legacy Landing would still only get 12 million that it is owed.

This makes both blending an acorn both lenders and not owners! Next sentence take further notice that to BIGG remains the only owner in this case.

Respectfully Submitted,

__/s/ Dexter Hull_____
Dexter Hull.

**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

**ACORN REAL PROPERTY ACQUISITIONS, INC.**   Case no #22-42718

    **LEGACY LENDING**

                          **PLAINTIFF,**

-against-

                                                    **DOCKET NO.**     **211201044**


**2 BIG LEGACY LLC,**                                  **ADVESARY CASE NO. 22-1098**

**CHRISTOPHER FLOURNOY**

                        **DEFENDANTS**

_____/


# EMERGENCY MOTION TO FOR LEAVE TO PAY ACORN REAL PROPERTY ACQUISITION INC, ITS OUTSTANDING BALANCE OF 2.3 MILLION OWED AND RELEASE OF PROPERTY FROM INSTANT BANKRUPTCY SO AS TO PERMIT NEW LENDER TO PAY LEGACY LENDING ITS 12.9 MILLIO0N OWED

**AND NOW COMES,** Your defendant res respectfully moving this honorable court for an order granting the above requested relief of leave to play acorn it's 2.3 million old and release the property from this instant bankruptcy so as to allow legacy lending to be paid it's balance old as both legacy Landing and acorn are both creditors in this case.

**Please take notice,** that alverez investment group was the original buyer of 3751 MLK or Martin Luther King Blvd. property and had a $6 million note with Edgar Nelson Inc.

Take further notice that Edgar Nelson was paid 3 million of the 6 million leaving a balance of 3 million.

Take further notice that Alverez investment group sold its interest to 2 big legacy. Take further notice that Edgar Nelson Inc. help the dead in the name of acorn and then transferred over in that damn acorn. Next sentence take further notice that, 2 big legacy had never met acorn. Next sentence take further notice that Edgar Nelson Inc. had a second mortgage and transferred it over in the name of Acorn. Sentence take further notice, that moving forward with Edgar Nelson dad was now called an acorn debt. Next sentence take further notice that the Edgar Nelson Inc./acorn dead resulted in a 3. Two million $ security note. Next sentence take further notice that Edgar Nelson Inc. requested to be added to the deed. Next sentence take further notice that to BIGG legacy requested it's Attorney at Edgar Nelson Inc. now acorn to the title. Next sentence take further notice that 2 big' attorney accidentally added a corn as 100% owner. Next sentence take further notice that a fun realization that 100% inches has been transferred into Nelson Inc./acorn sent a cease and desist letter Barring 2 BIGG legacy from entering the property. Next sentence take for the notice that after receiving a cease and desist

letter to BIGG legacy realized it had been had. Next sentence take further notice that Edgar Nelson Inc. now called acorn then filed bankruptcy that's creating the instant case. Next sentence take further notice that:

1. Edgar Nelson Inc. now called acorn was never an owner instead it was a lender and remains a lender and should never have been on the title.

2. Legacy lending is also a lender and should also not be on the title.

3. If the property sold for $30 million acorn with only receive would only receive $1.5 million that it is owed and if the property sold for 100 million acorn would still only get 1.5 million. Next sentence take further notice that if the property sold for 30 million legacy lending would only get 12 million and if it's sold for 100 million Legacy Landing would still only get 12 million that it is owed.

This makes both blending an acorn both lenders and not owners! Next sentence take further notice that to BIGG remains the only owner in this case.

Respectfully Submitted,

__/s/ Dexter Hull_____
Dexter Hull.